THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATIF RAHIM, Appellant. [934 NYS2d 847]—

The defendant's challenge to the legal sufficiency of the evidence supporting his convictions of burglary in the third degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of burglary in the third degree beyond a reasonable doubt (*see People v Ehikhamenor*, 72 AD3d 700, 700-701 [2010]; *People v Diaz*, 53 AD3d 504, 505 [2008]; *People v Figueroa*, 167 AD2d 555 [1990]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt with respect to the counts of burglary in the third degree was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Ehikhamenor*, 72 AD3d at 700-701; *People v Diaz*, 53 AD3d at 505; *People v Figueroa*, 167 AD2d at 555). Skelos, J.P., Dickerson, Hall and Miller, JJ., concur.